# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE FLORENTINO,<br><br>        Petitioner,<br><br>  v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | Case No. ED CV 15-01128 AG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 30, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE